NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANDRE JACKSON,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D18-2137
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____     )

Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Kim Campbell, Judge.

Andre Jackson, pro se.


PER CURIAM.


            Affirmed.


MORRIS, SLEET, and LUCAS, JJ., Concur.